JUDGE DAVID GUADERRAMA

**FILED**
NOV 30 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

PETITION FOR WRIT OF HABEAS CORPUS: 28 USC §2254 (Rev. 9/10)
ADOPTED BY ALL FEDERAL COURTS IN TEXAS

IN THE UNITED STATES DISTRICT COURT

FOR THE _WESTERN_ DISTRICT OF TEXAS

_EL PASO_ DIVISION

**EP22CV0445**

PETITION FOR A WRIT OF HABEAS CORPUS BY
A PERSON IN STATE CUSTODY

david-franklin: West, human agent acting on behalf of (cestui que "TRUST"):
DAVID FRANKLIN WEST
**PETITIONER**
(Full name of Petitioner)

EL PASO COUNTY JAIL ANNEX
**CURRENT PLACE OF CONFINEMENT**

vs.

TDCJ# 02051612
SO# 9690701 } BK# 9824616
**PRISONER ID NUMBER**

BOARD OF PARDONS and PAROLES - official capacity
MARIBEL OLVERA, PO2 - individual capacity & official
JENNIFER LUCERO, PO3 - individual capacity & official
Sheriff WILES, EPCJA - official capacity
**RESPONDENT**
(Name of TDCJ Director, Warden, Jailor, or authorized person having custody of Petitioner)

**CASE NUMBER**
(Supplied by the District Court Clerk)

### INSTRUCTIONS - READ CAREFULLY

1. The petition must be legibly handwritten or typewritten and signed and dated by the petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2. Additional pages are not allowed except in answer to questions 11 and 20. Do not cite legal authorities. Any additional arguments or facts you want to present must be in a separate memorandum. The petition, including attachments, may not exceed 20 pages.

3. Receipt of the $5.00 filing fee or a grant of permission to proceed *in forma pauperis* must occur before the court will consider your petition.

4. If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show that you cannot prepay the fees and costs, and (2) if you are confined in TDCJ-CID, you must send in a certified *In Forma Pauperis* Data Sheet form from the institution in which you are confined. If you are in an institution other than TDCJ-CID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

5. Only judgments entered by one court may be challenged in a single petition. A separate petition must be filed to challenge a judgment entered by a different state court.

6. Include all of your grounds for relief and all of the facts that support each ground for relief in this petition.

7. Mail the completed petition and one copy to the U. S. District Clerk. The "Venue List" in your unit law library lists all of the federal courts in Texas, their divisions, and the addresses for the clerk's offices. The proper court will be the federal court in the division and district in which you were convicted (for example, a Dallas County conviction is in the Northern District of Texas, Dallas Division) or where you are now in custody (for example, the Huntsville units are in the Southern District of Texas, Houston Division).

8. Failure to notify the court of your change of address could result in the dismissal of your case.

## PETITION

**What are you challenging?** (Check all that apply)

☐ A judgment of conviction or sentence, probation or deferred-adjudication probation. (Answer Questions 1-4, 5-12 & 20-25)
☒ A parole revocation proceeding. (Answer Questions 1-4, 13-14 & 20-25)
☐ A disciplinary proceeding. (Answer Questions 1-4,15-19 & 20-25)
☐ Other:_____ (Answer Questions 1-4, 10-11 & 20-25)

**All petitioners must answer questions 1-4:**
Note: In answering questions 1-4, you must give information about the conviction for the sentence you are presently serving, even if you are challenging a prison disciplinary action. (Note: If you are challenging a prison disciplinary action, do not answer questions 1-4 with information about the disciplinary case. Answer these questions about the conviction for the sentence you are presently serving.) Failure to follow this instruction may result in a delay in processing your case.

1. Name and location of the court (district and county) that entered the judgment of conviction and sentence that you are presently serving or that is under attack: _69th DISTRICT COURT, DALLAM COUNTY, Texas state_

2. Date of judgment of conviction: _March 9, 2016_

3. Length of sentence: _30y; 10y concurrent_

4. Identify the docket numbers (if known) and all crimes of which you were convicted that you wish to challenge in this habeas action: _4471, COUNT 1- POSS CS TETRAHYDRO-CANNAB M/400G; COUNT 2- POSS CS METH 1G-4G_

-2-

**Judgment of Conviction or Sentence, Probation or Deferred-Adjudication Probation:**

5. What was your plea? (Check one)   ☐ Not Guilty   ☐ Guilty   ☐ Nolo Contendere

6. Kind of trial: (Check one)   ☐ Jury   ☐ Judge Only

7. Did you testify at trial?   ☐ Yes   ☐ No

8. Did you appeal the judgment of conviction?   ☐ Yes   ☐ No

9. If you did appeal, in what appellate court did you file your direct appeal? _____

   _____ Cause Number (if known) _____

   What was the result of your direct appeal (affirmed, modified or reversed)? _____

   What was the date of that decision? _____

   If you filed a petition for discretionary review after the decision of the court of appeals, answer the following:

   Grounds raised: _____

   _____

   Result: _____

   Date of result: _____ Cause Number (if known): _____

   If you filed a petition for a *writ of certiorari* with the United States Supreme Court, answer the following:

   Result: _____

   Date of result: _____

10. Other than a direct appeal, have you filed any petitions, applications or motions from this judgment in any court, state or federal? This includes any state applications for a writ of habeas corpus that you may have filed.   ☐ Yes   ☐ No

11. If your answer to 10 is "Yes," give the following information:

    Name of court: _____

    Nature of proceeding: _____

    Cause number (if known): _____

-3-

Date (month, day and year) you <u>filed</u> the petition, application or motion as shown by a file-stamped date from the particular court: _____

Grounds raised: _____

_____

Date of final decision: _____

What was the decision? _____

Name of court that issued the final decision: _____

As to any <u>second</u> petition, application or motion, give the same information:

Name of court: _____

Nature of proceeding: _____

Cause number (if known): _____

Date (month, day and year) you <u>filed</u> the petition, application or motion as shown by a file-stamped date from the particular court:

_____

Grounds raised: _____

_____

Date of final decision: _____

What was the decision? _____

Name of court that issued the final decision: _____

*If you have filed more than two petitions, applications, or motions, please attach an additional sheet of paper and give the same information about each petition, application, or motion.*

12. Do you have any future sentence to serve after you finish serving the sentence you are attacking in this petition?   ☐ Yes   ☐ No

    (a) If your answer is "yes," give the name and location of the court that imposed the sentence to be served in the future: _____

_____

    (b) Give the date and length of the sentence to be served in the future: _____

_____

(c) Have you filed, or do you intend to file, any petition attacking the judgment for the sentence you must serve in the future? ☐ Yes ☐ No

**Parole Revocation:**

13. Date and location of your parole revocation: <u>NOVEMBER 30, 2022</u>

14. Have you filed any petitions, applications, or motions in any state or federal court challenging your parole revocation? ☐ Yes ☒ No

    If your answer is "yes," complete Question 11 above regarding your parole revocation.

**Disciplinary Proceedings:**

15. For your original conviction, was there a finding that you used or exhibited a deadly weapon?
    ☐ Yes ☐ No

16. Are you eligible for release on mandatory supervision? ☐ Yes ☐ No

17. Name and location of the TDCJ Unit where you were found guilty of the disciplinary violation: _____

    Disciplinary case number: _____

    What was the nature of the disciplinary charge against you? _____

18. Date you were found guilty of the disciplinary violation: _____

    Did you lose previously earned good-time days? ☐ Yes ☐ No

    If your answer is "yes," provide the exact number of previously earned good-time days that were forfeited by the disciplinary hearing officer as a result of your disciplinary hearing:
    _____

    Identify all other punishment imposed, including the length of any punishment if applicable and any changes in custody status:
    _____
    _____
    _____

19. Did you appeal the finding of guilty through the prison or TDCJ grievance procedure?
    ☐ Yes ☐ No

    If your answer to Question 19 is "yes," answer the following:

    Step 1 Result: _____

Date of Result: _____

Step 2 Result: _____

Date of Result: _____

**All petitioners must answer the remaining questions:**

20. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Summarize <u>briefly</u> the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting them.

    <u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

A. **GROUND ONE:** BREACH OF CONTRACT PURSUANT U.S. CONST. ART. 1, §10, cl. 1, Texas state Const. Art. 1, §16

   Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

   After reserving "my" human rights without Prejudice under UNIFORM COMMERCIAL CODE 1-308/207 & 1-103 under common law "NOT to be forced to Perform under any contract, MARIBEL OLVERA and JENNIFER LUCERO told "me" that counseling was voluntary and then attempted forced contracting, harassment, then Retaliation punishment

B. **GROUND TWO:** Unconstitutional use of Ex Post facto law Pursuant U.S. CONST. ART. 1, §9, cl. 3 & Texas Const. Art. 1, §16 1, §10, cl. 1 §?

   Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

   Being forced to attend sex offender treatment for a thirty four year old Rape 3 consent charge/ Alford Plea from Washington state where the Plea/ contract consisted of six (6) month in county jail and one (1) year phone in probation. No other sex offense in "my" life.

11/23/2022

As additional clarity "I" personally, as the natural living private human agent: david-franklin: west, add at this time through personal first hand knowledge the following statement to question 20 of this 28 USC § 2254:

"I" personally was released from prison on 5/31/2022 on a forced parole to a TDCJ approved halfway house. "I" personally tell this account from first hand knowledge and all accounts are true, correct, and used as evidence.

"I" had previously submitted a letter of "my" personal acceptance to a drug free/christian halfway house in Prarie View, Texas. The submission was denied by the BOARD OF PARDONS AND PAROLES CORPORATION, a DIVISION OF TEXAS DEPARTMENT OF CRIMINAL JUSTICE CORPORATION, a DEPARTMENT OF THE STATE OF TEXAS CORPORATION.

"I" was then forced to parole to an EL PASO, Texas state Republic halfway house called CORE CIVIC MULTI USE FACILITY that is a STATE OF TEXAS run, TDCJ approved halfway house. Upon arrival, "I" was given a URIN ANALYSIS TEST, with which "I" personally passed. "I" personally arrived at the halfway house carrying the GPS MONITOR DEVICE in "my" hand because it fell off of "my" ankle at the DALLAS, Texas GREYHOUND BUS STATION. My question,

(1)-(A)

is why the ELECTRONIC GPS MONITORING DEVICE was placed on "me" personally in the first place with only possession charges as convictions in Texas state. "I" personally have never had any escape charges in "my" life.

After "I" passed the URIN ANALYSIS TEST, "I" was show to "my" bunk number 19 lower in H-dorm. Afterward, "I" went out the door off of H-dorm to the RECREATION YARD and the MARIJUANA and K-2 smoke hit "me" personally in the face like a ton of bricks! Once outside on the fenced in RECREATION YARD with razor wire on the top of the fence, "I" personally noticed, that the people sitting at the picnic tables were all smoking methamphetamine, Marijuana and K-2, and also cigarettes. There are signs stating, "NO SMOKING" but no one pays any attention, and the employee's just ignore the activities. This is the BOARD OF PARDONS AND PAROLES idea of a "TDCJ APPROVED" halfway house. It was constant drug use twenty four hours a day, Seven day's per week. When "I" personally would try to use the restroom, the Seven toilets were occupied with people that were either smoking methamphetamine or shooting intravenious drugs and the employee's

(2)-(A)

condone these acts and even promote these acts by allowing certain people to enter the facility with drugs, or cartons of cigarettes or bottles of alcohol for sale to the residents. "I" know these accounts from personal knowledge. In "my" personal five month stay at the half-way house, "I" have been to the hospital for food poisoning on two occasions and had to have emergency gall-bladder removal. "I" personally had an appointment for scheduled extreme hernia surgery on NOVEMBER 8, 2022 that the parole officer and her supervisor had pre-existing knowledge of before the had "me" personally arrested for parole violation of:

1) Not charging ELECTRONIC MONITOR at least two hours per day for two separate day's;
2) Not attending sex offender treatment classes at $30.00 per class

These are bogus violations due to the fact that the ELECTRONIC MONITOR was only supposed to be on for two months from June 1, 2022 – August 1, 2022 but it was still on "my" ankle in October. Is that or is that not forced contracting and violation of "my" human right to be free from oppresive acts, right to "life", liberty, pursuit of

(3)-(A)

happiness.

On the morning of May 31, 2022 when "I" was so instructed by the PAROLE DIVISION REPRESENTATIVE to "print" "my" name on the contract or "CERTIFICATE OF PAROLE", "just like it was typed at the bottom of the page", "I" personally autographed it:

By: david-franklin: west        May 31, 2022
    Without prejudice

as the private natural living human being and reserved "my" personal rights without prejudice under UCC 1-308 and under the common law and equity at UCC 1-103 "NOT to be compelled to perform under any contract or commercial agreement that "I" personally did not enter into knowingly, voluntarily or intentionally after a meeting of the minds and full disclosure of all material facts leading up to that contract or commercial agreement, and, "I" personally do not accept the liability of any compelled benefit of any unrevealed contract or commercial agreement."

For clarity "I" personally now digress. In October of 1988 after getting the charge of Rape 2 verbal coercion dropped because it was not true, the STATE OF WASHINGTON DISTRICT ATTORNEY refiled

charges as Rape 3 consent. "I" had already told the truth that yes, "I" personally as a 23 year old man did have consentual sex with a 20 year old female after we had made plans during work for a week prior to do so. After the fact, she went home to clean up in the middle of the day and got caught by her 43 year old female fiancé. Instead of the truth, she lied and "I" was personally accused wrongfully. Upon the STATE dropping the charge to Rape 3 consent, the lawyer wanted anther $6,000.00 pay to continue. "I" personally had already paid $30,000.00 for the first charges, and did not have the other $6,000.00 that day as demanded. "I" personally then took an Alford Plea stating that "I" personally am in no way guilty but under the circumstances, "I" have to take an Alford Plea. "I" was then sentenced in accord with the Plea to six (6) months in the KING COUNTY JAIL, SEATTLE, WA., with work release and a one (1) year phone in probation that "I" personally had to phone in only, if "I" personally changed address.

    Now, thirty four (34) years after the fact, in a completely different state, and having never had any other sexual charge in "my" life, "I" am personally be forced to attend sex offender

treatment classes for an undefined time limit and pay $30.00 per class per week. "I" personally have been on social security disability since 1992 and because "I" personally am being forced to live at this STATE OF TEXAS run, "TDCJ APPROVED" drug infested halfway house, "I" cannot get "my" social security disability reconnected until "I" am no longer living at the STATE run halfway house. Therefore, "I" have no money to pay any fee's or even to buy clothes or food. After being poisoned by the food at the halfway house -- for which "I" have hospital records -- "I" have been given permission to buy and prepair "my" own food, but have no money to do so.

which brings us to question 20:

E. GROUND FIVE: VIOLATION OF U.S. CONST. AMENDMENT 1, Denial of free access to the courts.

SUPPORTING FACTS:
For three separate week -- which is supported by the itenarary record -- MARIBEL OLVERA did deny "me" the right to go to the EL PASO COUNTY COURTHOUSE LAW LIBRARY to do research

(6)(A)

on active UNITED STATES DISTRICT COURT CASE # 2:21-CV-235-Z-BR, because "I" personally am the private living human agent david-franklin:west, acting in behalf of the cestui que "TRUST": DAVID FRANKLIN WEST, Petitioner in said case listed above.

F. GROUND SIX: VIOLATION OF MY "TRUST" XIV AMENDMENT RIGHT TO DUE PROCESS

SUPPORTING FACTS:
As the holder-in-due-course of the office: general executor and beneficiary of "my" cestui que "TRUST", after the RESERVATION OF "MY" human rights without prejudice and "my" cestui que "TRUST" rights under UCC 1-308/207 & UCC 1-103 under common law/equity by having "me" the human private agent arrested in violation of "my" human right to privacy under the IV AMENDMENT of the U.S. Const. and Breach of contract and the due process rights of the XIV AMENDMENT of the U.S. CONST. and Art.1, §29 and Art. 1, §2 of the Texas state CONST.

(7)(A)

C. **GROUND THREE:** BREACH OF CONTRACT - Failure to Uphold UNITED STATES & Texas state Constitutions

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

It is "my" human right to be free from any oppresive acts, and my right to life, liberty, pursuit of happiness, free from harassment, retaliation, forced contracting, free from being held against "my" will.

D. **GROUND FOUR:** VIOLATION OF U.S. CONST. ART. IV, sec. 4

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

NO PUBLIC POLICY of a state can be allowed to override the positive guarantees of the U.S. CONSTITUTION

21. Relief sought in this petition: Temporary Injunction, Declaratory judgment
"I" personally request an Immediate Temporary Injunction and a Declaratory Judgment declaring that (1) "I" personally should be allowed to go back home to Washington state on parole, (2) that sex offender treatment is not allowed or required for a thirty four year old case from other state, (3) stop harassment and retaliation.

22. Have you previously filed a federal habeas petition attacking the same conviction, parole revocation, or disciplinary proceeding that you are attacking in this petition?  ☐Yes  ☒No
If your answer is "yes," give the date on which each petition was filed and the federal court in which it was filed. Also state whether the petition was (a) dismissed without prejudice, (b) dismissed with prejudice or (c) denied.

_____

_____

If you previously filed a federal petition attacking the same conviction and such petition was denied or dismissed with prejudice, did you receive permission from the Fifth Circuit to file a second petition as required by 28 U.S.C. § 2244(b)(3) and (4)?  ☐ Yes  ☐ No

23. Are any of the grounds listed in question 20 above presented for the first time in this petition?
☒ Yes  ☐ No

If your answer is "yes," state briefly what grounds are presented for the first time and give your reasons for not presenting them to any other court, either state or federal.

This is first time attacking parole or its revocation proceedings

_____

24. Do you have any petition or appeal now pending (filed and not yet decided) in any court, either state or federal, for the judgment you are challenging?  ☒ Yes  ☐ No

If "yes," identify each type of proceeding that is pending (i.e., direct appeal, art. 11.07 application, or federal habeas petition), the court in which each proceeding is pending, and the date each proceeding was filed. 28 USC §2254, USDC NORTHERN DISTRICT OF TEXAS, OCT. 2021 case # 2:21-CV-235

25. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing: Tim Salley
    (b) At arraignment and plea: Self rep.
    (c) At trial: Self rep.
    (d) At sentencing: Self rep.
    (e) On appeal: Self rep.
    (f) In any post-conviction proceeding: Self rep.

-8-

(g) On appeal from any ruling against you in a post-conviction proceeding: _Self App._
_rep._

**Timeliness of Petition:**

26. If your judgment of conviction, parole revocation or disciplinary proceeding became final over one year ago, you must explain why the one-year statute of limitations contained in 28 U.S.C. § 2244(d) does not bar your petition.[1]

_____

_____

_____

_____

_____

---

[1] The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), as contained in 28 U.S.C. § 2244(d), provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

    (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

    (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;

    (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

    (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Wherefore, petitioner prays that the Court grant him the relief to which he may be entitled.

_____
Signature of Attorney (if any)

_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on

__NOVEMBER 23, 2022__ (month, day, year).

Executed (signed) on __NOVEMBER 23, 2022__ (date).

By: david-franklin: west, human agent
Signature of Petitioner (required)
Without prejudice

Petitioner's current address: EPCJA, 12501 MONTANA AVE, EL PASO, Texas state Republic [79938]

-10-

office: general executor
david-franklin; west
private living human
Texas state Republic national
agent acting on behalf of;
estui que "TRUST");
DAVID FRANKLIN WEST
PCJA-SO#9690701
2501 MONTANA AVE.
EL PASO, Texas state Republic
[79938]



Privileged
Private
seal

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION
525 MAGOFFIN AVE
EL PASO, TEXAS state Republic
[79901]

LEGAL INMATE CORRESPONDENCE
EL PASO COUNTY
JAIL ANNEX

SCREENED BY CSO
NOV 30 2022


